UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Angela K. Clark,**

    **Plaintiff,**

    v.                                         Case No. 2:16–cv–94

**Commissioner of Social Security,**         Judge Michael H. Watson

    **Defendant.**

## ORDER

On November 14, 2016, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Angela Clark's ("Plaintiff") Complaint in this Social Security case. The R&R recommended reversing the decision of the Commissioner of Social Security and remanding for further proceedings.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. R&R 12, ECF No. 15. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Commissioner's finding is **REVERSED**, and the case is **REMANDED** for further consideration. The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**